587 A.2d 310

**LEXINGTON INSURANCE COMPANY, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, INSURANCE DEPART-MENT, James S. Lewis, Kramer Consultants, Inc., Paul Sweeney, Scor Reinsurance Company, Hugh O'Brien and Paul Tyahla.**

Supreme Court of Pennsylvania.

Argued March 5, 1991.

Decided March 21, 1991.

Joseph J. Bosick, Scott T. Redman, Pietragallo, Bosick & Gordon, Pittsburgh, for appellant.

Thomas F. Halloran, Office of Atty. Gen., Pittsburgh, for Com. of Pa. Ins. Dept., James S. Lewis, Kramer Capitol Consultants, Inc., Paul Sweeney, Hugh O'Brien and Paul Tyahla.

Gregory T. Kinskey, Winter, McKenna & Arcovio, Pittsburgh, for SCOR Reinsurance Co.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.